# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STACY LESHUN HARRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 2:10-CV-1327-RDP-JEO |
| | ) |
| SUZETTE CLAY and JOHN ANTHONY, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, Fed. R. Civ. P., it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims in this action are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). Plaintiff is hereby put on notice that the dismissal of this action is a dismissal countable for purposes of 28 U.S.C. § 1915(g).

Additionally, for the reasons also stated in the Memorandum of Opinion, Plaintiff's motion to amend (Doc. #16) is **DENIED**.

Costs are taxed to Plaintiff.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this ___1st___ day of February, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley                                                                              In Replying Give Number
 Clerk                                                                                Of Case and Names of Parties


NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

_____


The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that all prisoners pay the Court's $450 docket fee plus $5 filing fee (for a total of $455) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1)  Pay the total $455 fee to the clerk of the district court from which this case arose; *or*

(2)  arrange to have a prison official certify to the district court from which the appeal arose the average monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the average monthly deposits or of the average monthly balances shown in your prison account. The remainder of the total $455 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $455 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $455 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $455 fee is collected, even if an appeal is unsuccessful.


                                                                                     John Ley
                                                                                     Clerk


                                                                                                PLRA
Notice